AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.

LINVAL JACKSON

*Defendant(s)*

Case No. 24-MJ-8324-PGL

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 24, 2024 in the county of Suffolk in the District of Massachusetts, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1344 | Bank Fraud |
| 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft |
| 18 U.S.C. § 1349 | Bank Fraud Conspiracy |

This criminal complaint is based on these facts:

See Affidavit of IRS-CI Special Agent Charles Shevlin

❒ Continued on the attached sheet.

Charles Shevlin /by Paul G. Levenson

*Complainant's signature*

Charles Shevlin, Special Agent

*Printed name and title*

Subscribed and sworn to before me telephonically pursuant to Rule 4.1(a) on July 11, 2024.

Date: 07/11/2024

*Judge's signature*

City and state: Boston, Massachusetts

Hon. Paul G. Levenson

*Printed name and title*

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS