# AFFIDAVIT

I, Charles E. Shevlin, state:

## *INTRODUCTION AND AGENT BACKGROUND*

1. I am Special Agent with Internal Revenue Service Criminal Investigation, United States Department of Treasury ("IRS-CI"). My duties include the investigation of criminal violations of the Internal Revenue Code and related statutes. From July 2017 through February 2018, I attended the Federal Law Enforcement Training Center in Glynco, Georgia, where I received training in conducting financial investigations and in IRS-CI policies and procedures. I also received training in the use of law enforcement techniques such as search and seizure warrants.

2. From September 2014 through May 2017, I was employed as a Staff Accountant for a private accounting firm. As a Staff Accountant, I kept the books for companies, prepared financial statements, and prepared federal and state corporate, partnership and individual income tax returns. I hold a Bachelor of Arts degree in Accounting from Siena College and a Masters in Accounting from the University of Massachusetts, Lowell.

3. I submit this affidavit in support of an application for a criminal complaint charging LINVAL JACKSON, a/k/a "Big Bank" ("JACKSON"), with bank fraud, in violation of 18 U.S.C. § 1344, aggravated identity theft, in violation of 18 U.S.C. § 1028A(a)(1), and bank fraud conspiracy, in violation of 18 U.S.C. § 1349, and for a warrant for JACKSON's arrest. As discussed below, JACKSON conspired with multiple persons, including ISAIAH AARON Tenryk, who has been charged with bank fraud and aggravated identity theft arising from the facts alleged herein. *See United States v. Tenryk*, No. 24-MJ-8203-PGL.

4. The facts in this affidavit come from my personal knowledge, information provided to me by other law enforcement agents, information I obtained through witness interviews, and

my review of records described herein. This affidavit is not intended to set forth all of the information that I have learned during this investigation and includes only the information necessary to establish probable cause for the requested complaint and arrest warrant.

***PROBABLE CAUSE TO BELIEVE THAT A FEDERAL CRIME WAS COMMITTED***

Background

5. The [redacted] (the "Bank") is a community bank located in metro Boston, the deposits of which are insured by the Federal Deposit Insurance Corporation ("FDIC").

6. The Employee Retention Tax Credit ("ERTC") is a refundable tax credit for certain eligible businesses that had employees and were adversely affected by the COVID-19 pandemic.

7. [redacted]. (the "Company") is a business entity with operations in New York, Pennsylvania, and New Jersey. The Company provides support and clinical services to persons with developmental disabilities and behavioral health challenges.

8. The Company's chief financial officer, whom IRS-CI has interviewed, stated that the Company applied to the IRS for an ERTC.

9. IRS-CI confirmed that the Company applied for ERTCs for its businesses in New York, Pennsylvania, and New Jersey and that it received and cashed checks from the United States Treasury for the ERTC relating to the Company's business in New York and Pennsylvania. But the Company had not received the outstanding checks for the tax credit relating to its business in New Jersey.

10. [redacted], whom IRS-CI has interviewed, is the Company's chief executive officer. [redacted] told IRS-CI that he was not in Massachusetts in April 2024.

11. According to New York City Police Department records, which I have reviewed, JACKSON lives in Queens Village, New York. He does not have a New York driver's license. Police department records state his height as 6' 0" and his date of birth as [redacted]. Below are the images on file for JACKSON with the New York City Police Department.





12. According to New York State Department of Motor Vehicles ("DMV") records, which I have reviewed, Tenryk, a/k/a "TEDDY", lives in Brooklyn, New York. Below is the image on file for Tenryk with the New York DMV.



<u>The Bank Fraud Conspiracy</u>

13. Based on text messages on Tenryk's phone, which I have reviewed, on or about March 13, 2024, [redacted] (CC-1), used the messaging app Telegram to introduce JACKSON to Tenryk. The purpose of the introduction was to give Tenryk the chance to earn money ("Let's get money"). CC-1 introduced JACKSON as his cousin "Linny."

14. On or about March 18, 2024, Tenryk used Telegram to send JACKSON a picture

of himself. The image appears below.



JACKSON and Tenryk then exchanged the following messages:

| | |
|---|---|
| TENRYK: | I need to take a better picture[.] |
| JACKSON: | You think u can pass for 40[?] |
| TENRYK: | Yeah I was need to dye my hair grey[.] And retake the picture. |
| JACKSON: | Nahh u ain't gotta do all that[.] Lol[.] |
| TENRYK: | Say less[.] |
| JACKSON: | I'm saying if you dress up do u think u can pull it off or you still going to be looking to young[?] |
| TENRYK: | Imma still b lookin young[.] I dead gotta put some grey in my beard or hair[.] |
| JACKSON: | Lte imma see something[.] |
| TENRYK: | Copy just let me know. |

15. Based on publicly available records, on or about March 27, 2024, an unknown person registered the Company as a Massachusetts corporation, with a business address at [redacted], Massachusetts. The corporate filing listed [redacted] as the president, "[redacted]" ("LC"), as the treasurer and director, and [redacted]" ("SJ"), as the clerk and vice president. IRS-CI confirmed with [redacted] that the Company did not register in Massachusetts; [redacted] did not know a "LC" or a "SJ."

16. On or about April 19, 2024, JACKSON sent Tenryk a Telegram message that

included [redacted] name, date of birth, and Social Security number.[1] I confirmed that the Social Security number that JACKSON sent belongs to [redacted]. JACKSON later sent Tenryk the phone number, "9[redacted]0," and the business name, "[redacted]."

17. On or about April 23, 224, Tenryk sent JACKSON a message on Telegram, "You trynna go to Boston in the am?" JACKSON agreed to pick up Tenryk at Tenryk's home.

18. On or about April 24, 2024, Tenryk arrived at the Bank in Boston, entered, pretended to be [redacted], and opened a personal account in the name of [redacted] and a business account in the name of the Company.

19. As part of the application process, Tenryk gave Bank personnel a series of documents and identification materials to open the account in the name of [redacted] and the Company. These documents included a GEICO Massachusetts Insurance Identification Card in the name of [redacted] , a Verizon phone bill in the name of the Company, , and a purported Chase bank statement in the name of [redacted] and the Company.

20. During the account application process, Tenryk also provided Bank personnel a purported New York driver's license that bears [redacted] name and New York driver's license number. I have confirmed that the driver's license number on the identification is the true driver's license number assigned to [redacted] in New York State. Below is an image of the license with [redacted] name, address, and driver's license number, but Tenryk's image.

[1] All of the communications described below are stored on TENRYK's phones under the name "Big Bank." I believe "Big Bank" to be JACKSON for the reasons described below.




21. Text messages on Tenryk's phone, which I have reviewed, show that Tenryk communicated with JACKSON by Telegram while Tenryk was opening the account in the Bank on or about April 24, 2024. JACKSON gave Tenryk instructions and questions for Tenryk to ask. For example, Tenryk texted JACKSON that the Bank manager was asking questions about the business; JACKSON responded, "Just say we help people from group homes find homes." Later, Tenryk told JACKSON that he had the account for wires, and JACKSON told Tenryk to ask if Tenryk could write checks to employees.

22. During the application process on or about April 24, 2024, the Bank's security system captured video of Tenryk. Below is a still image from the Bank's security video that displays Tenryk's face and shows him using his phone.



23. Also as part of the application process, on or about April 24, 2024, Tenryk provided

information to the Bank including the Social Security number for [redacted] that JACKSON gave him on or about April 19, 2024. Tenryk also provided the Bank a purported corporate address for the Company in Boston in "Unit 603" and a purported lease for that unit. IRS-CI confirmed that no "Unit 603" exists at the address Tenryk provided.

24. Bank personnel asked Tenryk to return to the Bank on or about April 25, 2024 with another corporate officer who could verify Tenryk's information and sign additional forms required by the bank.

25. Tenryk messaged JACKSON that a co-signor was necessary. JACKSON asked Tenryk to find out how long they had to bring in a co-signer. Tenryk told JACKSON that they had 2 days to return.

26. On or about April 25, 2024, Tenryk returned to the Bank with an accomplice.

27. The Bank's security system captured video of TENR YK and the accomplice in the Bank. I have reviewed the video and still images taken from it. The accomplice is an African-American woman with close-cut hair. Below is a still image from the Bank's security system.



28. According to Bank personnel, who have been interviewed by IRS-CI, the accomplice represented herself to be the secretary of the Company and used the name "SJ"—one

of the names from the public corporate filings with the Massachusetts Secretary of State.

29. After completing additional paperwork with the accomplice on or about April 25, 2024, Tenryk deposited an IRS check payable for $3,078,686.94 to the order of the Company and [redacted]. I have confirmed that the check is genuine and that based on the deposit, the United States Treasury transferred $3,078,686.94 to the Bank.

30. IRS-CI confirmed with the Company's chief financial officer and with [redacted] that the Company did not authorize or direct anyone to deposit the $3,078,686.94 check into an account in the Company's name at the Bank.

31. After Tenryk deposited the check, Bank personnel told him that under Bank policy, there would be a ten-day hold on the account and that Tenryk could access the funds after about May 8, 2024.

32. During this interaction, Tenryk messaged JACKSON on Telegram. For example, JACKSON asked, "How they acting," and Tenryk responded, "They gonna deposit it." JACKSON answered, "Yea I know. It's valid."

33. During the interaction at the Bank on or about April 25, 2024, JACKSON gave Tenryk the phone number 9[redacted]0, and Tenryk had the Bank change the phone number assigned to the account to that number.

34. Based on phone records, which I have reviewed, from about April 25, 2024, to May 9, 2024, the phone number 9[redacted]0 was used approximately 101 times to call the Bank.

35. Tenryk also provided the Bank with the e-mail address [redacted]@gmail.com, (the "Gmail Account"). IRS-CI confirmed with Elgindy that this account, which bears a version of his name, is not [redacted] e-mail account. Based on Google records, which I have reviewed, the

Gmail Account was accessed frequently from IP address 67[redacted] ("the 67 IP Address").[2]

36. Bank Records show that the online account associated with the account opened in the name of [redacted] at the Bank had 25 contacts from the 67 IP Address.

37. Records from [redacted] show that the 67 IP Address was active and registered to a "[redacted]" at the address [redacted] during the time period when, as discussed below, the 67 IP Address was used to access the online account at the Bank, a [redacted] account, a [redacted] account, and the [redacted]@gmail.com e-mail address.

38. A "Mail Cover" performed by a United States Postal Inspector indicates that [redacted] and [redacted] Jackson receive mail at [redacted]

39. Records maintained by the IRS show that [redacted] is the mother of [redacted] and that [redacted] is the son of [redacted] and JACKSON.

<u>Attempted Money Laundering</u>

40. In the days after the creation of the accounts at the Bank, several external bank accounts were linked to the Company account at the Bank. These included accounts at [redacted] Bank, on or about May 7, 2024, and [redacted] on or about May 3, 2024.

[redacted] *Bank*

41. According to [redacted] records, which I have reviewed, the [redacted] account linked to the

---

[2] Based on my training an experience, I know that an IP address, or "internet protocol address," is a numeric string assigned to a device that accesses the internet and that when a single IP address is assigned to a person at a physical address and is used to access multiple locations, it very often indicates that the IP address is assigned either to a modem or router that a computer or phone connects to access the internet or to a computer or phone at the physical location.

Company account at the Bank was opened on or about August 9, 2023, in the name of [redacted]. The Social Security number associated with the [redacted] account does not belong to a person named [redacted], but rather to an elderly woman. Bank records obtained from [redacted] indicate that the account was accessed from the 67 IP Address—the same IP address that connected to the fraudulent Company account at the Bank—on or about March 20, 2024 and March 25, 2024.

42. Records from [redacted] show that State of New York and U.S. Treasury Checks payable to persons other than "[redacted]" were deposited in the [redacted] account and transferred via [redacted]'s "pay a friend" function to two people, [redacted]" and JACKSON, both with the e-mail address of [redacted]@gmail.com.

43. [redacted] is an LLC registered in New York in about March 2021. Public records list JACKSON as the registered agent for [redacted]. The business address for [redacted] is the same as JACKSON's last known home address.

44. [redacted] records also include "Know Your Customer" images for the account holder, "[redacted]." Below are the images.





I have compared the images above to the images of JACKSON from the New York Police Department, and I believe that the person in the images above is JACKSON. I conclude that JACKSON controlled the [redacted] account.

[redacted]

45. Also linked to the fraudulent Company account at the Bank was a [redacted] account in the name of "[redacted]," with an account owner name of "[redacted]." Based on bank records, which I have reviewed, this account was opened at [redacted] on or about April 2, 2024. The address listed on this bank account was [redacted].

46. Between April 10, 2024 and April 12, 2024, three cash deposits were made into the "[redacted]" account from ATMs located in Brooklyn, New York. ATM security cameras captured the images below of the person making the deposits.



[redacted]



[redacted]



47. Based on the appearance of the individual above, I believe that JACKSON made the deposits into the "[redacted]" bank account at [redacted] and controls that account.

48. [redacted] records show that the 67 IP Address was used to access the online banking feature for the [redacted] account numerous times on May 4, 2024.

49. In about May 2024, [redacted] received a call from [redacted], who told [redacted] that [redacted] was his non-profit organization, but neither he nor anyone else at the non-profit had opened this bank account; he did not recognize the name [redacted] and only became aware of the account when he received mail for it.

<u>Tenryk's Post-Arrest Statements</u>

50. On or about May 10, 2024, IRS-CI arrested Tenryk in the Bank in Boston. Thereafter, Tenryk made certain statements, including, in substance:

a. He acted at the direction of a person using the name "Big Bank," whose real name he did not know;

b. He met "Big Bank" through his friend, "[redacted]";

c. Directions Tenryk received from "Big Bank" would appear on his phones;

d. On the night before his arrest, "Big Bank" picked up Tenryk in Brooklyn in

a black Audi SUV, before driving Tenryk to New Jersey.

e. After spending the night in New Jersey, "Big Bank" and Tenryk drove through New York to Boston.

f. After arriving in Boston, "Big Bank" and Tenryk stopped near the Bank to get an oil change for the Audi SUV.

51. Thereafter, pursuant to a search warrant, IRS-CI accessed Tenryk's phones. One of the phones contained text messages between "Big Bank" and Tenryk, including a message on or about May 8, 2024, in which "Big Bank" told Tenryk they would be returning to Boston, that "Big Bank" would pick up Tenryk, and that they would drive to Boston on or about May 10, 2024 to be there when the Bank opened.

52. According to records obtained from an oil change business in West Roxbury, Massachusetts, a 2018 Audi A7 SUV was serviced at approximately 8:23 a.m. on May 10, 2024 (shortly before Tenryk's arrest). The car had a temporary license plate, and the VIN of the vehicle was [redacted].

53. Video footage obtained from the oil change business shows a black Audi Q7 enter the service bay with a driver and a passenger, obscured behind a tinted windshield but apparently holding an iPhone. At one point, the driver leaned out the window, left the car for a few minutes, and returned. Below are still images of these events.

  

I believe that the person in the video footage is JACKSON, based on other images of JACKSON that I have reviewed.

54. Greenwich, Connecticut police records indicate that JACKSON was observed driving a Black 2018 Audi Q7 during an arrest in 2022. The VIN number of the black 2018 Audi Q7 that JACKSON was observed driving in Connecticut was [redacted].

55. Based on the information provided above, there is probable cause to believe that "Big Bank" is JACKSON.

56. Based on the information provided above, there is probable cause to believe that from on or about April 24, 2024, continuing to at least May 10, 2024, JACKSON knowingly conspired, executed, and attempted to execute, a scheme or artifice to defraud the Bank, a financial institution with deposits insured by the FDIC, by opening a fraudulent account using a stolen identity and depositing a fraudulently obtained check into the account, all with the purpose of obtaining $3,078,686.84, in violation of 18 U.S.C. §§ 1344 and 1349.

57. There is also probable cause to believe that on or about April 24, 2024, during and in relation to the bank fraud and bank fraud conspiracy described above, JACKSON knowingly transferred, possessed, and used a means of identification, specifically, [redacted] name, Social

Security number, and New York State driver's license number.

Sworn to under the pains and penalties of perjury,

Respectfully submitted,

Charles Shevlin /by Paul G. Levenson
Charles Shevlin
Special Agent
Internal Revenue Service
Criminal Investigations

Subscribed and sworn to before me telephonically pursuant to Rule 4.1(a) on July 11, 2024.

Hon. Paul G. Levenson
United States Magistrate Judge