UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LINVAL JACKSON,<br><br>Defendant | Criminal No. 24cr10213<br><br>Violations:<br><br>Count One: Conspiracy to Commit Bank Fraud (18 U.S.C. § 1349)<br><br>Count Two: Bank Fraud (18 U.S.C. § 1344)<br><br>Count Three: Aggravated Identity Theft (18 U.S.C. § 1028A(a)(1))<br><br>Forfeiture Allegation: (18 U.S.C. § 982(a)(2) |

INDICTMENT

At all times relevant to this Indictment:

General Allegations

1. The defendant, LINVAL JACKSON, was an individual who lived in New York.

2. Isaiah Tenryk was an individual who lived in New York.

3. The Bank was a community bank located in metropolitan Boston, the deposits of which were insured by the Federal Deposit Insurance Corporation ("FDIC").

4. The Employee Retention Tax Credit ("ERTC") was a refundable tax credit for certain eligible businesses that had employees and were adversely affected by the COVID-19 pandemic.

5. The Company was a not-for-profit charitable business entity with operations in New York, Pennsylvania, and New Jersey. The Company provided support and clinical services to persons with developmental disabilities and behavioral health challenges.

6. The Executive was the Company's chief executive officer.

7. The Company applied for an ERTC for its New Jersey operations, and the United States Treasury issued an ERTC check for $3,078,686.94 payable to the Company, care of the Executive.

Overview of the Conspiracy and the Scheme to Defraud

8. Beginning in or about April 2024, and continuing through in or about May, 2024, JACKSON, together with Tenryk, and other co-conspirators known and unknown to the Grand Jury, obtained the ERTC check payable to the company and agreed to use the Executive's name, Social Security number, and New York driver's license number to open a bank account in the Company's name, to deposit the ERTC check, and to obtain the ERTC funds.

Object and Purpose of the Conspiracy

9. The object of the conspiracy was to commit bank fraud by using the Executive's stolen identity to open a bank account for the Company, to deposit a stolen ERTC check from the United States Treasury, and to obtain the Company's ERTC payment. The principal purpose of the conspiracy was to make money.

Manner and Means of the Conspiracy and Scheme to Defraud

10. Among the manner and means by which JACKSON, Tenryk, and co-conspirators known and unknown to the Grand Jury carried out the conspiracy and the scheme to defraud were the following:

a. Obtaining a false and fraudulent driver's license in the Executive's name;

b. Opening bank accounts using the Executive's stolen identity;

c. Depositing a stolen United States Treasury check payable to the Company into an account at the Bank; and

d. Seeking to transfer the Company's ERTC payment out of the Bank account.

Acts in Furtherance of the Conspiracy and Scheme to Defraud

11. JACKSON, Tenryk, and co-conspirators known and unknown to the Grand Jury performed the following acts, among others, in furtherance of the conspiracy and the scheme to defraud:

12. On or about March 18, 2024, JACKSON received a picture of Tenryk from Tenryk via the encrypted messaging application Telegram.

13. On or about March 27, 2024, a co-conspirator registered the Company as a Massachusetts corporation, listing the Executive as its president, a purported individual as its treasurer and director, and another purported individual as its clerk and vice president.

14. On or about April 19, 2024, JACKSON sent Tenryk a Telegram message that included the Executive's name, date of birth, and Social Security number.

15. On or about the same day, JACKSON sent Tenryk a Telegram message that included the Company's name and a telephone number ending *3480.

16. On or about April 23, 2024, Tenryk sent JACKSON the following message via Telegram: "You trynna go to Boston in the am?"

17. On or about April 24, 2024, JACKSON and Tenryk drove from New York to Boston.

18. On or about April 24, 2024, Tenryk entered the Bank, pretended to be the Executive, and applied to open both a personal account in the name of Executive and a business account in the name of the Company.

19. On or about the same day, Tenryk gave Bank personnel a series of documents and identification materials to open the account in the name of Executive, including a fraudulent New York driver's license bearing Tenryk's photo and the Executive's name and New York driver's

license number.

20. On or about the same day, Tenryk messaged JACKSON that Bank personnel were asking questions about the Company, and JACKSON replied, "Just say we help people from group homes find homes."

21. On or about the same day, JACKSON told Tenryk to ask Bank personnel if Tenryk could write checks to employees.

22. On or about the same day, as part of the application process, Tenryk provided the Bank the Executive's Social Security number.

23. On or about the same day, after Bank personnel asked Tenryk to return to the Bank with another corporate officer who could verify Tenryk's information and sign additional forms required by the bank, Tenryk messaged JACKSON that a co-signor was necessary.

24. On or about April 25, 2024, Tenryk returned to the Bank with a co-conspirator, who purported to be the Company's secretary.

25. On or about the same day, after completing additional paperwork with the co-conspirator, Tenryk deposited a United States Treasury check payable to the Company and the Executive in the amount of $3,078,686.94.

26. On or about the same day, April 25, 2024, after Tenryk messaged JACKSON, "They gonna deposit it," JACKSON replied, "Yea I know. It's valid."

27. On or about May 10, 2024, Tenryk and JACKSON again drove from New York to Boston.

28. On or about the same day, Tenryk entered the Bank and pretended to be the Executive for the purpose of wiring money out of the Company account.

<u>COUNT ONE</u>
Conspiracy to Commit Bank Fraud and Wire Fraud
(18 U.S.C. § 1349)

The Grand Jury charges:

29. The Grand Jury re-alleges and incorporates by reference paragraphs 1-28 of this Indictment.

30. From on or about March 18, 2024, through on or about at least May 10, 2024, in the District of Massachusetts and elsewhere, the defendant,

LINVAL JACKSON,

conspired with Tenryk, and with others known and unknown to the Grand Jury, to commit bank fraud, that is, to knowingly execute, and attempt to execute, a scheme and artifice to defraud a financial institution, that is, the Bank, and to obtain moneys, funds, credits, assets, securities and other property owned by and under the custody and control of the Bank, by means of materially false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344.

All in violation of Title 18, United States Code, Section 1349.

COUNT TWO
Bank Fraud
(18 U.S.C. § 1344)

The Grand Jury charges:

31. The Grand Jury re-alleges and incorporates by reference paragraphs 1-28 of this Indictment.

32. On or about April 24 and April 25, 2024, in the District of Massachusetts and elsewhere, the defendant,

LINVAL JACKSON,

knowingly executed, and attempted to execute, a scheme and artifice to defraud a financial institution, that is, the Bank, and to obtain moneys, funds, credits, assets, securities and other property owned by and under the custody and control of the Bank, by means of materially false and fraudulent pretenses, representations, and promises.

All in violation of Title 18, United States Code, Section 1344.

COUNT THREE
Aggravated Identity Theft
(18 U.S.C. § 1028A(a)(1))

The Grand Jury charges:

33. The Grand Jury re-alleges and incorporates by reference paragraphs 1-28 of this Indictment.

34. On or about April 24, 2024, in the District of Massachusetts and elsewhere, the defendant,

LINVAL JACKSON,

did knowingly transfer, possess, and use without lawful authority a means of identification of another person, that is, the Executive's name, Social Security number, and New York State driver's license number, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), that is, the bank fraud, in violation of Title 18, United States Code, Section 1344, as charged in Count Two.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

FORFEITURE ALLEGATION
(18 U.S.C. § 982(a)(2) and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

35. Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Sections 1349 and 1344, set forth in Counts One and Two, the defendant,

LINVAL JACKSON,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense. The property to be forfeited includes, but is not limited to, the following assets:

a. A money judgment, to be entered in the form of a forfeiture money judgment.

36. If any of the property described in Paragraph 35, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 35 above.

All pursuant to Title 18, United States Code, Section 982(a)(2), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_________________________
FOREPERSON

_________________________
KRISS BASIL
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: July 18, 2024
Returned into the District Court by the Grand Jurors and filed.

_________________________ 07/18/2024
DEPUTY CLERK