**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** ______ **Category No.** II **Investigating Agency** IRS

**City** Boston

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______

Same Defendant ______ New Defendant ______

Magistrate Judge Case Number 24-MJ-8324-PGL

Search Warrant Case Number 24-MJ-8235-PGL, 24-MJ-8321-PGL, 24-MJ-8305-PLG, 24-MJ-8323-PGL

R 20/R 40 from District of ______

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 24-MJ-8203-PGL ☑ Yes ☐ No

**Defendant Information:**

Defendant Name LINVAL JACKSON Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: Big Bank

Address: 107-33 Springfield Blvd Queens Village, NY 11429

Birth date (Yr only): 1992 SSN (last 4#): 7939 Sex: M Race Black Nationality: ______

**Defense Counsel if known:** ______ Address: ______

Bar Number: ______

**U.S. Attorney Information**

AUSA: Kriss Basil Bar Number if applicable: 673074

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ______

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested ☐ Regular Process ☑ In Custody

**Location Status:** ______

**Arrest Date:** 7/12/2024

☑ Already in Federal Custody as of 7/12/2024 (until 7/26/2024) in Wyatt (Rhode Island) .

☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 7/18/2024 Signature of AUSA: */s/ Kriss Basil*

**District Court Case Number** (To be filled in by deputy clerk): 24-MJ-8324-PGL

**Name of Defendant** LINVAL JACKSON

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Bank Fraud Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1344 | Bank Fraud | 2 |
| Set 3 | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**